IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEANETTE BELLINGER, JARED DE URIARTE, KHALIF MARTINS, GABRIELLE RUMNEY and ISABELLE RUSSELL | : : : : : : | CIVIL ACTION |
| v. | : : | |
| OLD PINE COMMUNITY CENTER | : | NO. 21-757 |

## ORDER

**NOW**, this 3rd day of June, 2021, upon consideration of Defendant Old Pine Community Center's Motion to Dismiss Count II of Plaintiffs' Complaint (Doc. No. 6) and the plaintiffs' response, it is **ORDERED** that the motion is **DENIED**.

/s/ TIMOTHY J. SAVAGE J.